Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California 94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> vs. <br><br> SPRINGLINE, INC., a California corporation; MICHAEL CHARLES FREDENBURG, an individual, <br><br> Defendants. | Case No.: 3:14-cv-05605-MEJ <br><br> **NOTICE OF CH. 7 BANKRUPTCY OF DEFENDANT SPRINGLINE, INC.; [PROPOSED] ORDER TO STAY ACTION** |

Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California hereby notify this Court that on or about February 11, 2015, Defendant Springline, Inc. filed a

– 1 –

Voluntary Petitions for Ch. 7 Bankruptcy in the United States Bankruptcy Court, Northern District of California, Case No.: 15-30150. A true and correct copy of the Voluntary Petition is attached hereto as <u>Exhibit A</u>.

This action should therefore be stayed as to Defendant Springline, Inc. pursuant to 11 U.S.C. § 362(a).

DATED: March 6, 2015

BULLIVANT HOUSER BAILEY PC

By  /s/ Ronald L. Richman
  Ronald L. Richman

Attorneys for Plaintiffs

## ORDER

The Court, having reviewed the Notice of Bankruptcy indicating that Defendant Springline, Inc. filed for bankruptcy protection,

IT IS HEREBY ORDERED that this case shall be stayed as to Defendant Springline, Inc. pending resolution of the bankruptcy proceeding.

Dated: March  6 , 2015

Hon. Maria Elena James
United States Magistrate Judge

15454504.1

– 2 –
NOTICE OF CH. 7 BANKRUPTCY OF SPRINGLINE, INC.; [PROPOSED] ORDER TO STAY ACTION

# EXHIBIT A

FORM B9B (Chapter 7 Corporation/Partnership No Asset Case) (12/12)  Case Number 15-30150 HLB 7

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Francisco)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/9/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### Creditors -- Do not file this notice in connection with any proof of claim you submit to the court.
### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Springline, Inc.
12 Brookhaven Ct
Pacifica, CA 94044

| Case Number:<br>15-30150 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.: |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Paul E. Manasian<br>Law Offices of Paul E. Manasian<br>400 Montgomery St. #1000<br>San Francisco, CA 94104<br>Telephone number: (415) 291-8425 | Bankruptcy Trustee (name and address):<br>Janina M. Hoskins<br>P.O. Box 158<br>Middletown, CA 95461<br>Telephone number: (707) 569-9508<br>Email: jmelder7@aol.com |

### Meeting of Creditors
Date: **March 11, 2015**  Time: **10:00 AM**
Location: San Francisco U.S. Trustee Off, Office of the U.S. Trustee, 235 Pine Street, Suite 850, San Francisco, CA 94104

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government-issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>235 Pine Street, 19th floor (94104)<br>Post Office Box 7341<br>San Francisco, CA 94120<br>Telephone number: 415-268-2300 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Edward J. Emmons |
|---|---|
| Hours Open: Monday - Friday 9:00 AM - 4:30 PM | Date: 2/11/15 |

Case: 15-30150  Doc# 3  Filed: 02/11/15  Entered: 02/11/15 13:50:13  Page 1 of 2

## EXPLANATIONS

FORM B9B (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

--- Refer to Other Side for Important Deadlines and Notices ---

Case: 15-30150    Doc# 3    Filed: 02/11/15    Entered: 02/11/15 13:50:13    Page 2 of 2