1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   235 Pine Street, Suite 1500
3  San Francisco, California  94104-2752
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail:  ron.richman@bullivant.com
5           susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11 | BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: 3:14-cv-05605-MEJ

**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**

Date:     March 26, 2015
Time:     10:00 a.m.
Ctroom:   B, 15th Floor
Hon. Maria-Elena James

                       Plaintiff,

           vs.

SPRINGLINE, INC., a California corporation; MICHAEL CHARLES FREDENBURG, an individual,

                       Defendants.

Plaintiffs Laborers Trust Funds provide this case management statement.

On December 23, 2014, Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint").  On January 27, 2015, Waivers of The Service of Summons on behalf of both Defendants were filed.  See Document Nos. 7 and

– 1 –
CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1. 8. Pursuant to each Waiver of The Service of Summons, responsive pleadings were due on or before March 17, 2015.

After being advised Defendant Springline, Inc. filed for Ch. 7 Bankruptcy, on March 6, 2015, Plaintiffs filed a Notice of Ch. 7 Bankruptcy of Defendant Springline, Inc.; [Proposed] Order to Stay Action. See Document No. 10. On March 6, 2015 this Court ordered the matter stayed as to Defendant Springline, Inc. pending resolution of the bankruptcy proceeding. See Document No. 11.

No responsive pleading has been filed on behalf of Defendant Michael Charles Fredenburg. Plaintiffs Laborers Trust Funds intend to proceed in default against Defendant Michael Charles Fredenburg.

Based on the fact that this action is stayed against Defendant Springline, Inc. and Plaintiffs Laborers Trust Funds will proceed in default against Defendant Michael Charles Fredenburg, Plaintiffs Laborers Trust Funds respectfully request that the case management conference be continued for ninety (90) days to allow Plaintiffs Laborers Trust Funds time to proceed in default, including a motion for default judgment.

DATED: March 18, 2015

            BULLIVANT HOUSER BAILEY PC

            By */s/ Ronald L. Richman*
               Ronald L. Richman

            Attorneys for Plaintiffs

**ORDER**

Based on the Plaintiffs Laborers Trust Funds' request to continue the case management conference and good cause appearing,

IT IS HEREBY ORDERED that the March 26, 2015 case management conference be continued to ___June 25___, 2015 at 10:00 a.m., Courtroom B, 15th Floor. If Plaintiffs Laborers Trust Funds have their motion for default judgment on file prior to the continued case management conference, the case management conference shall be vacated.

The CMC statement is due June 18, 2015.

DATED: __March 19__, 2015

By: _____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

15467774.1