Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California  94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail:  ron.richman@bullivant.com
         susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br>                    Plaintiff, <br><br>     vs. <br><br> SPRINGLINE, INC., a California corporation; MICHAEL CHARLES FREDENBURG, an individual, <br><br>                    Defendants. | Case No.: 3:14-cv-05605-MEJ <br><br> **NOTICE OF CH. 7 BANKRUPTCY OF DEFENDANT SPRINGLINE, INC.; ORDER TO STAY ACTION** |

Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California hereby notify this Court that on or about April 9, 2015, Defendant Springline, Inc. filed a new

Voluntary Petition for Ch. 7 Bankruptcy in the United States Bankruptcy Court, Northern District of California, Case No.: 15-30433. A true and correct copy of the Voluntary Petition is attached hereto as <u>Exhibit A</u>. Previously, Defendant Springline, Inc. filed for Ch. 7 Bankruptcy, but the Bankruptcy proceeding was dismissed. The April 9, 2015 is a new bankruptcy filing.

This action should therefore be stayed as to Defendant Springline, Inc. pursuant to 11 U.S.C. § 362(a).

DATED: April 17, 2015

BULLIVANT HOUSER BAILEY PC

By  */s/ Ronald L. Richman*
Ronald L. Richman

Attorneys for Plaintiffs

### **ORDER**

The Court, having reviewed the Notice of Bankruptcy indicating that Defendant Springline, Inc. once again filed for bankruptcy protection,

IT IS HEREBY ORDERED that this case shall be stayed as to Defendant Springline, Inc. pending resolution of the bankruptcy proceeding.

Dated: April 20, 2015

_____
Hon. Maria Elena James
United States Magistrate Judge

15507386.1

– 2 –
NOTICE OF CH. 7 BANKRUPTCY OF SPRINGLINE, INC.; ORDER TO STAY ACTION

# EXHIBIT A

B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Springline, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12 Brookhaven Ct**<br>**Pacifica, CA**<br>ZIP Code **94044** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Mateo** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Springline, Inc.** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)            Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> **Springline, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X **/s/ Paul E. Manasian** <br> Signature of Attorney for Debtor(s) <br><br> **Paul E. Manasian 130855** <br> Printed Name of Attorney for Debtor(s) <br><br> **The Law Office of Paul E. Manasian** <br> Firm Name <br><br> **400 Montgomery Street** <br> **Suite 1000** <br> **San Francisco, CA 94104** <br><br> Address <br><br>                  Email: manasian@mrlawsf.com <br> **415-217-0203  Fax: (415) 291-8426** <br> Telephone Number <br><br> **April 9, 2015** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X **/s/ Michael Fredenburg** <br> Signature of Authorized Individual <br><br> **Michael Fredenburg** <br> Printed Name of Authorized Individual <br><br> **President** <br> Title of Authorized Individual <br><br> **April 9, 2015** <br> Date | |

## CORPORATE RESOLUTION

A meeting of the sole shareholder of Springline, Inc. (the "Corporation") was held on Decemnber 10, 2014. After a discussion, upon motion duly made, seconded and carried, the following resolutions were adopted:

WHEREAS, the Corporation is in serious financial condition and is unable to continue without debt relief; and

WHEREAS, it appears to the Corporation's shareholder that it is in the best interests of the Corporation, its shareholder, and creditors, to commence a case under Chapter 7 of Title 11, United States Bankruptcy Code (the "Bankruptcy Code");

NOW, THEREFORE, be it hereby resolved, that the shareholder finds and determine that it is in the best interest of the Corporation and creditors, for it to commence a case under Chapter 7 of the Bankruptcy Code;

BE IT FURTHER RESOLVED that the shareholder and agents of the Corporation be, and each of them hereby is, empowered and directed without further action to prepare, sign and file, or cause to be prepared, signed and filed, a petition for the commencement of a case under Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Northern District of California;

BE IT FURTHER RESOLVED that Michael Fredenbur is designated and authorized to act as the "Authorized Individual" for the signing of the Chapter 7 Voluntary Petition and as the COPORATION's "Responsible Individual" as may be required by the Local Bankruptcy Rules for the Northern District of California, and

BE IT FURTHER RESOLVED that the Members and agents of the LLC are authorized, empowered and directed to retain the Law Office of Paul E. Manasian, to commence the

1

aforementioned Chapter 11 case, and to do all things, and to prepare, sign and file all papers or documents necessary or proper to the commencement of said Chapter 11 case; The Law Office of Paul E. Manasian is authorized to take such actions in the bankruptcy case which The Law Office of Paul E. Manasian, in its discretion, concludes are necessary to the Law Office of Paul E. Manasian and/or the COPORATION's fulfillment of its fiduciary obligations in the bankruptcy case.

BE IT FURTHER RESOLVED that this COPORATION Resolution and its terms hereunder shall remain in effect unless otherwise agreed upon or amended by its shareholder.

_____
Michael Fredenburg
Sole Shareholder of Springline, Inc.

2

A-Z Equipment
60 Vienna Street
San Francisco, CA 94112


Alhambra & Sierra Springs
PO Box 660579
Dallas, TX 75266


Allied Ropes Co.
171 Industrial Way
Brisbane, CA 94005


Archibald Paving
PO Box 37
Redwood City, CA 94064


Baker Corp
2700 California Avenue
Pittsburg, CA 94565


Bay Area Barricade Service
1861 Arnold Industrial Way, #1
Concord, CA 94520


Boilermakers National Funds
754 Minnesota Avenue
Kansas City, KS 66101


Breen Trucking
44 Garrison Avenue
San Francisco, CA 94134

Build Group Inc.
457 Minna Street, Suite 100
San Francisco, CA 94103


California Choice
66 California Choice Benefit Admin
Orange, CA 92863


California State Franchise Tax Board
Fresno
Fresno, CA 94000


Comcast
PO Box 34744
Seattle, WA 98124


ECO-IT
1855 Hamilton Avenue, #105
San Jose, CA 95125


EDD
PO Box 826276
Sacramento, CA 94230


Fast Business Funding
New York, NY


Fine Line Sawing & Drilling
P Box 1636
Newark, CA 94560

FNB of Northern California
975 El Camino Real
South San Francisco, CA 94080


Granite Rock Company
PO Box 50001
Watsonville, CA 95077


Internal Revenue Service
450 Golden Gate 6th Floor
San Francisco, CA 94102


IPFS
PO Box 100391
Pasadena, CA 91189


J.W. Enterprises
1689 Morse Avenue
Ventura, CA 93003


Jifco Inc.
571 Exchange Court
Livermore, CA 94550


Jim-n-i Rentals
PO Box 4740
Santa Rosa, CA 95402


Kehoe Trucking
PO Box 179
San Francisco, CA 94107

```
Kiewit Infrastructure West Co.
4650 Business Center Drive
Fairfield, CA 94534


Laborers Trust Fund
PO Box 882913
San Francisco, CA 94188


Level Construction Supply
1220 Fitzgerald Ave
San Francisco, CA 94124


Mission Clay Products LLC
PO Box 1839
Corona, CA 92878


Moss Rubber & Equipment Corp.
PO Box 2944
South San Francisco, CA 94083


Nor-Cal
PO Box 1659
Yuba City, CA 95992


Old Castle Precast
PO Box 742387
Los Angeles, CA 90074-2387


Operating Engineers Trust Fund
PO Box 3157
Hayward, CA 94540
```

Orr Safety
1266 Reliable Parkway
Chicago, IL 60686


PG&E
PO Box 8329
Stockton, CA 95208-0329


Quickbridge
975 El Camino Real
Orange, CA 94000


R&B Company (Roberts & Brune)
605 Commercial Street
San Jose, CA 95112


Redgwick Construction
21 Hegenberger Ct.
Oakland, CA 94621


Roy's Sewer Service Inc.
PO Box 763
Novato, CA 94948


SF Rents
1485 Bayshore Blvd.
San Francisco, CA 94124


SF Water Power and Sewer
PO Box 7369
San Francisco, CA 94120

State Board of Equalization
Special Taxes and Fees
Sacramento, CA 94279-6029


State Fund Compensation Ins.
PO Box 748170
Los Angeles, CA 90074-8170


United Contractors
17 Crow Canyon Court, Suite 10
San Ramon, CA 94583


United Rentals Northwest, Inc.
File 51122
Los Angeles, CA 90074-1122


United Site Services
PO Box 53267
Phoenix, AZ 85072-3267


United States Treasury
Internal Revenue Service
Atlanta, GA 30348


Valley Oil
Dept. 35101
San Francisco, CA 94139


Viewpoint
1000 First Ave., Suite 200
Bridgeport, PA 19405

```
Warm Springs Constructors
47212 Mission Falls Ct.
Fremont, CA 94539


Wells Fargo Visa
PO Box 54349
Los Angeles, CA 90054-0349
```

## United States Bankruptcy Court
### Northern District of California

In re  **Springline, Inc.**
                          Debtor(s)

Case No. _____
Chapter  **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Springline, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Michael Fredenburg**
**12 Brookhaven Ct.**
**Pacifica, CA 94044**

☐ None [*Check if applicable*]

**April  9, 2015**
Date

/s/ **Paul E. Manasian**
**Paul E. Manasian 130855**
Signature of Attorney or Litigant
Counsel for  **Springline, Inc.**
**The Law Office of Paul E. Manasian**
**400 Montgomery Street**
**Suite 1000**
**San Francisco, CA 94104**
**415-217-0203 Fax:(415) 291-8426**
**manasian@mrlawsf.com**