Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California  94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail:  ron.richman@bullivant.com
         susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> vs. <br><br> SPRINGLINE, INC., a California corporation; MICHAEL CHARLES FREDENBURG, an individual, <br><br> Defendants. | Case No.:  3:14-cv-05605-MEJ <br><br> **NOTICE OF DISMISSAL OF CH. 7 BANKRUPTCY OF SPRINGLINE, INC.; ORDER TO VACATE STAY** |

On May 20, 2015, defendant Springline, Inc. had its second petition for Ch. 7 Bankruptcy dismissed.  See Exhibit A attached hereto.

As background, on March 6, 2015, plaintiffs filed their Notice of Ch.7 Bankruptcy of Defendant Springline, Inc.; [Proposed] Order to Stay Action, advising this Court that Defendant Springline, Inc. filed for Ch. 7 bankruptcy protection.  See Document 10.  On March 6, 2015,

– 1 –
NOTICE OF DISMISSAL OF CH. 7 BANKRUPTCY OF SPRINGLINE, INC.; ORDER TO VACATE STAY

this Court ordered the action against Defendant Springline, Inc. stayed pending resolution of the bankruptcy proceeding. See Document 11.

On March 24, 2015, plaintiffs filed their Notice of Notice of Dismissal for Failure to Comply, advising the Court that the bankruptcy court dismissed the Ch. 7 bankruptcy petition of Springline, Inc. See Document 15. On March 25, 2015, this Court issued its Order vacating the stay, allowing plaintiffs to proceed in this action against defendant Springline, Inc. See Document 16.

On April 17, 2015, after Springline, Inc. re-filed its petition for Ch. 7 bankruptcy, plaintiffs filed their Notice of Ch.7 Bankruptcy of Defendant Springline, Inc.; Order to Stay Action. See Document 23. On April 20, 2015, this Court issued its Order staying the pending action against defendant Springline, Inc. See Document 24.

Based on the recent dismissal of Springline, Inc.'s second petition for Ch. 7 bankruptcy, plaintiffs respectfully request that this Court issue an order vacating the stay, allowing plaintiffs to proceed against defendant Springline, Inc. in default

DATED: May 21, 2015

                                             BULLIVANT HOUSER BAILEY PC

                                             By  */s/ Ronald L. Richman*
                                                  Ronald L. Richman

                                           Attorneys for Plaintiffs

**ORDER**

The Court, having received the Order and Notice of Dismissal for Failure to Comply dismissing the bankruptcy of Defendant Springline, Inc. and good cause appearing:

IT IS HEREBY ORDERED that the stay is hereby vacated and Plaintiffs may proceed with this action against Defendant Springline, Inc.

Dated: May 22, 2015

_____
Hon. Maria Elena James
United States Magistrate Judge

15546699.1