Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California 94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail:  ron.richman@bullivant.com
         susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> vs. <br><br> SPRINGLINE, INC., a California corporation; MICHAEL CHARLES FREDENBURG, an individual, <br><br> Defendants. | Case No.: 3:14-cv-05605-MEJ <br><br> **NOTICE OF CH. 7 BANKRUPTCY OF DEFENDANT SPRINGLINE, INC.; ORDER TO STAY ACTION** |

Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California hereby notify this Court that on or about June 18, 2015, Defendant Springline, Inc. filed a new

Voluntary Petition for Ch. 7 Bankruptcy in the United States Bankruptcy Court, Northern District of California, Case No.: 15-30794.  A true and correct copy of the Voluntary Petition is attached hereto as <u>Exhibit A</u>.  Previously, Defendant Springline, Inc. twice filed for Ch. 7 Bankruptcy, but both of the prior Bankruptcy proceedings were dismissed.  The June 18, 2015 is a new bankruptcy filing.

This action should therefore be stayed as to Defendant Springline, Inc. pursuant to 11 U.S.C. § 362(a).

DATED: June 26, 2015

                                  BULLIVANT HOUSER BAILEY PC


                        By  */s/ Ronald L. Richman*
                            Ronald L. Richman

                        Attorneys for Plaintiffs

**ORDER**

The Court, having reviewed the Notice of Bankruptcy indicating that Defendant Springline, Inc. once again filed for bankruptcy protection,

IT IS HEREBY ORDERED that this case shall be stayed as to Defendant Springline, Inc. pending resolution of the bankruptcy proceeding.

Dated: July 1, 2015

                            Hon. Maria Elena James
                            United States Magistrate Judge

# EXHIBIT A

Case 3:14-cv-05605-JD Document 36 Filed 07/01/15 Page 4 of 4

Debtors may request to receive Court notices and orders by email instead of U.S. mail. Sign Up at www.canb.uscourts.gov/debn

FORM B9B (Chapter 7 Corporation/Partnership No Asset Case) (12/12)     Case Number **15-30794 DM 7**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Francisco)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/18/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors -- Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Springline, Inc.
12 Brookhaven Ct
Pacifica, CA 94044

| Case Number: | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.: |
|---|---|
| 15-30794 | 27-2625829 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Paul E. Manasian<br>Law Offices of Paul E. Manasian<br>400 Montgomery St. #1000<br>San Francisco, CA 94104<br>Telephone number: (415) 291-8425 | Barry Milgrom<br>60 29th St.<br>PMB #661<br>San Francisco, CA 94110<br>Telephone number: (415)796-2444 |

### Meeting of Creditors

Date: **July 15, 2015**      Time: **11:00 AM**
Location: **San Francisco U.S. Trustee Off, Office of the U.S. Trustee, 235 Pine Street, Suite 850, San Francisco, CA 94104**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government-issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 235 Pine Street, 19th floor (94104)<br>Post Office Box 7341<br>San Francisco, CA 94120<br>Telephone number: 415-268-2300 | Clerk of the Bankruptcy Court:<br>Edward J. Emmons |
| Hours Open: Monday - Friday 9:00 AM - 4:30 PM | Date: 6/19/15 |

023552