UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,

    Plaintiffs,

v.

SPRINGLINE, INC., et al.,

    Defendants.

Case No. 14-cv-05605-JD

**JUDGMENT**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came on a motion for default judgment before the Court and a decision has been rendered. Judgment is entered in favor of plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California; Board of Trustees of the Laborers Pension Trust Fund for Northern California; and Board of Trustess of the Laborers Training and Retraining Trust Fund for Northern California, and against defendant Michael Charles Fredenburg in the amount of $115,312.24, plus $10,862.00 in attorney's fees and $767.35 in costs.

**IT IS SO ORDERED.**

Dated: July 27, 2015

_____
Richard W. Wieking, Clerk
By: Lisa R. Clark, Deputy Clerk